LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JENNIFER JIAO, ESQ. (*Admitted Pro Hac Vice*)
500 N. Brand Blvd., Suite 1450
Glendale, CA 91203
Telephone: (818) 559-4477
Email: JJIAO@sacfirm.com

BARRY SULLIVAN, ESQ. (Nevada Bar No. 5141)
LOCAL COUNSEL
3520 S. Wynn Road
Las Vegas, NV 89103

Attorneys for Plaintiff
DIGNITY HEALTH dba ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGNITY HEALTH, a California non-profit public benefit corporation, dba ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS,<br><br>Plaintiff,<br><br>v.<br><br>ZELIS HEALTHCARE, LLC, a Massachusetts company; WACHTER, INC., and DOES 1 THROUGH 25; and ROES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No.: 2:25-cv-01357-MMD-MD<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

TO THE HONORABLE COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that the above-captioned case has settled between the parties; and

Plaintiff DIGNITY HEALTH, a California non-profit public benefit corporation, dba ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS and Defendant WACHTER, INC., by its attorneys hereby stipulate and agree that:

1. The parties have resolved this case;

2 This case should be dismissed with prejudice pursuant to the terms of a confidential settlement agreement.

Dated: September 11, 2026

STEPHENSON, ACQUISTO & COLMAN

*/s/ Jennifer Jiao*

JENNIFER JIAO
Attorneys for Plaintiff
DIGNITY HEALTH, a California non-profit public benefit corporation, dba ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS

Dated: September 11, 2026

HOOKS MENG & CLEMENT

*/s/ Brandon Albright*

BRANDON B. ALBRIGHT
Attorneys for Defendant
WACHTER, INC.

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

**ORDER**

IT IS SO ORDERED.

DATED this 14th day of September, 2026

Hon. Miranda M. Du